## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br>All Cases listed in Exhibit A | **2:17-MD-2789 (CCC) (MF) (MDL 2789) And all member and related cases**<br><br>Judge Claire C. Cecchi |

### ORDER DISMISSING CASES AGAINST ASTRAZENECA and MERCK DEFENDANTS[1] WITH PREJUDICE FOR FAILURE TO COMPLY WITH CMO 134
### (Plaintiffs with Insufficient Proof of Use or Injury In Order to Participate In Settlement)

On October 8, 2025, this Court issued CMO 134 [Dkt. 1082] directing counsel for each specified plaintiff to, within seven (7) days of the date of the Order: (1) produce to this Court sufficient proof of use and proof of injury that was already submitted to and approved by the Settlement Administrator; and (2) immediately submit a fully executed and valid release to the AstraZeneca Defendants via the Settlement Administrator.  The Plaintiffs listed in Exhibit A, attached, have failed to make the necessary submissions. Accordingly, the cases identified in Exhibit A are hereby dismissed with prejudice.


IT IS SO ORDERED this __22__ day of ___October___, 2025.



_____

HONORABLE CLAIRE C. CECCHI, U.S.D.J




---

[1] AstraZeneca LP ("AZLP"), AstraZeneca Pharmaceuticals LP ("AZPLP"), and Merck & Co. Inc. d/b/a Merck, Sharp & Dohme Corporation ("Merck")(collectively, the "AstraZeneca Defendants")

### EXHIBIT A

| | Case No. | Plaintiff Counsel | First Name | Last Name |
|---|---|---|---|---|
| 1 | 2:20-cv-02235 | Aylstock, Witkin, Kreis & Overholtz | Karen | Hernandez |
| 2 | 2:19-cv-00645 | Aylstock, Witkin, Kreis & Overholtz | Wayne | Sistrunk |
| 3 | 2:19-cv-09092 | Aylstock, Witkin, Kreis & Overholtz | Joseph | Carroll |
| 4 | 2:19-cv-16781 | Aylstock, Witkin, Kreis & Overholtz | Dorothy | Lurry |
| 5 | 2:19-cv-19600 | Aylstock, Witkin, Kreis & Overholtz | Billy Joe | Ford |
| 6 | 2:19-cv-19617 | Aylstock, Witkin, Kreis & Overholtz | John | Newsome |
| 7 | 2:20-cv-02233 | Aylstock, Witkin, Kreis & Overholtz | Betty | Russell |
| 8 | 2:20-cv-04108 | Aylstock, Witkin, Kreis & Overholtz | Durie | Burns |
| 9 | 2:20-cv-04114 | Aylstock, Witkin, Kreis & Overholtz | John | Fleischman |
| 10 | 2:20-cv-04118 | Aylstock, Witkin, Kreis & Overholtz | Timothy | Richardson |
| 11 | 2:20-cv-06162 | Aylstock, Witkin, Kreis & Overholtz | Brenda | Baker Gilbert |
| 12 | 2:20-cv-08327 | Aylstock, Witkin, Kreis & Overholtz | Brennan | Swann |
| 13 | 2:20-cv-08329 | Aylstock, Witkin, Kreis & Overholtz | Nola | Jones |
| 14 | 2:20-cv-08330 | Aylstock, Witkin, Kreis & Overholtz | Karla | Hill-Peay |
| 15 | 2:20-cv-09177 | Aylstock, Witkin, Kreis & Overholtz | Adrianus | Meijer |
| 16 | 2:20-cv-10118 | Aylstock, Witkin, Kreis & Overholtz | Loretta | Kelly |
| 17 | 2:20-cv-10120 | Aylstock, Witkin, Kreis & Overholtz | Linda | White |
| 18 | 2:21-cv-07651 | Aylstock, Witkin, Kreis & Overholtz | Susan | Maddox |
| 19 | 2:21-cv-10140 | Aylstock, Witkin, Kreis & Overholtz | Edward. | Silva |
| 20 | 2:21-cv-14040 | Aylstock, Witkin, Kreis & Overholtz | Roger | Lavoie |
| 21 | 2:21-cv-20708 | Aylstock, Witkin, Kreis & Overholtz | Laura | Leigh |
| 22 | 2:22-cv-04855 | Aylstock, Witkin, Kreis & Overholtz | Bertha | Ferrell |
| 23 | 2:22-cv-05179 | Aylstock, Witkin, Kreis & Overholtz | Saundra | Wilson |
| 24 | 2:22-cv-06142 | Aylstock, Witkin, Kreis & Overholtz | Neil | Fang |
| 25 | 2:23-cv-00993 | Aylstock, Witkin, Kreis & Overholtz | Todd | Wilson |
| 26 | 2:19-cv-07578 | Bailey Cowan Heckaman | Virginia | Razo |
| 27 | 2:17-cv-09783 | Bernstein Liebhard LLP | Barbara | Morris |
| 28 | 2:19-cv-17444 | Bernstein Liebhard LLP | Allen | Widel |
| 29 | 2:18-cv-16777 | Douglas & London PC | Sherry | Moneymaker |
| 30 | 2:18-cv-16830 | Douglas & London PC | Maria | Estrella |
| 31 | 2:19-cv-03429 | Douglas & London PC | Travis | Harris |
| 32 | 2:19-cv-08174 | Douglas & London PC | Sheila | Washington |
| 33 | 2:19-cv-14673 | Douglas & London PC | Judy | Smith |
| 34 | 2:19-cv-15944 | Douglas & London PC | Edith | Reid |

| 35 | 2:19-cv-17504 | Douglas & London PC | Latina | Salaam |
|----|---------------|---------------------|--------|--------|
| 36 | 2:19-cv-20822 | Douglas & London PC | Keisha | Mitchell |
| 37 | 2:19-cv-22022 | Douglas & London PC | Jessie | Wallace |
| 38 | 2:20-cv-05638 | Douglas & London PC | Jerry | Clark |
| 39 | 2:20-cv-06361 | Douglas & London PC | Cynthia | Parker |
| 40 | 2:20-cv-07404 | Douglas & London PC | Geraldine | Sherrill |
| 41 | 2:20-cv-11036 | Douglas & London PC | Shirley | Green |
| 42 | 2:20-cv-11545 | Douglas & London PC | Russell | Till |
| 43 | 2:20-cv-14850 | Douglas & London PC | Donna | Myers |
| 44 | 2:21-cv-14669 | Douglas & London PC | Beverly | Kelly |
| 45 | 2:21-cv-16134 | Douglas & London PC | John | Hance Jr. |
| 46 | 2:20-cv-06115 | Douglas & London, P.C. | Margie | McLaughlin |
| 47 | 2:20-cv-06533 | Douglas & London, P.C. | Cheryl | Christian |
| 48 | 2:21-cv-00437 | Douglas & London, P.C. | Santiago | Varela |
| 49 | 2:21-cv-14651 | Douglas & London, P.C. | James | Butts |
| 50 | 2:22-cv-03116 | Douglas & London, P.C. | Barry | Punt |
| 51 | 2:22-cv-04686 | Douglas & London, P.C. | William | Wimmer |
| 52 | 2:23-cv-01091 | Laminack, Pirtle & Martines | Dan | Warren |
| 53 | 2:18-cv-05758 | Levin Papantonio Rafferty et al | Robert | Brooks |
| 54 | 2:21-cv-00388 | Morgan & Morgan | Pamela | Powers |
| 55 | 2:20-cv-19316 | Nachawati Law Group | Jeannie | Burnett |
| 56 | 2:18-cv-05847 | Napoli Shkolnik PLLC | Wayne | Koller |
| 57 | 2:19-cv-02052 | Napoli Shkolnik PLLC | Randy | Reynolds |
| 58 | 2:20-cv-13108 | Napoli Shkolnik PLLC | Buree | Stovall |
| 59 | 2:18-cv-13915 | OnderLaw, LLC | Delores | Taylor |
| 60 | 2:19-cv-01384 | The Dugan Law Firm, APLC | Ruben | Castro |
| 61 | 2:19-cv-13941 | The Law Office of L. Paul Mankin | Nancy | Wagnar |
| 62 | 2:17-cv-06002 | Weitzman Law Offices, L.L.C. | Louis | Holbeck |
| 63 | 2:18-cv-01693 | Wilentz Goldman & Spitzer PA | Franklin | Province |
| 64 | 2:18-cv-05018 | BACHUS & SCHANKER, LLC | Olive | Heim |
| 65 | 2:18-cv-09777 | BACHUS & SCHANKER, LLC | Joan | Allen |
| 66 | 2:19-cv-00710 | BACHUS & SCHANKER, LLC | Joel | Griffen Jr. |
| 67 | 2:19-cv-00711 | Bachus & Schanker LLC | Michael | Harvey |
| 68 | 2:19-cv-12008 | Baron & Budd PC | Rebecca | Draper |
| 69 | 2:18-cv-06595 | Baron & Budd PC | Hollie | Hawkins |
| 70 | 2:18-cv-07366 | Baron & Budd PC | Gene | Kruger |
| 71 | 2:18-cv-07467 | Baron & Budd PC | Lisa | Owens |

| 72 | 2:18-cv-07673 | Baron & Budd PC | Eric | Ross |
|----|---------------|-----------------|------|------|
| 73 | 2:19-cv-20765 | Baron & Budd PC | Barbara | Wingfield |
| 74 | 2:20-cv-10498 | Baron & Budd PC | Norma Jean | Rowe |
| 75 | 2:18-cv-09103 | Baron & Budd PC | William | Smith |
| 76 | 2:17-cv-06584 | Bernstein Liebhard LLP | Margaret | Taylor |
| 77 | 2:17-cv-07262 | Bernstein Liebhard LLP | Evelyn | Bauer |
| 78 | 2:17-cv-07604 | Bernstein Liebhard LLP | Angela | Daigle |
| 79 | 2:17-cv-09230 | Bernstein Liebhard LLP | Quillie | Allen |
| 80 | 2:18-cv-03157 | Bernstein Liebhard LLP | Scott | Devoe |
| 81 | 2:18-cv-06043 | Bernstein Liebhard LLP | Ira | Sizemore |
| 82 | 2:18-cv-08413 | Bernstein Liebhard LLP | James | Cline |
| 83 | 2:18-cv-08474 | Bernstein Liebhard LLP | Barbara | Nesbitt |
| 84 | 2:18-cv-09981 | Bernstein Liebhard LLP | Kim | Haler |
| 85 | 2:18-cv-11115 | Bernstein Liebhard LLP | Dana Alan | Crawford |
| 86 | 2:18-cv-11140 | Bernstein Liebhard LLP | NaKeisha | Bagley |
| 87 | 2:18-cv-11151 | Bernstein Liebhard LLP | Mickie | Jones |
| 88 | 2:18-cv-11170 | Bernstein Liebhard LLP | Bonita | McCartney |
| 89 | 2:18-cv-11186 | Bernstein Liebhard LLP | Elaine | Tyrone |
| 90 | 2:18-cv-11205 | Bernstein Liebhard LLP | Jardus | Walker |
| 91 | 2:18-cv-11764 | Bernstein Liebhard LLP | Jimmie | Martin |
| 92 | 2:18-cv-12972 | Bernstein Liebhard LLP | Andre | Morgan |
| 93 | 2:18-cv-13347 | Bernstein Liebhard LLP | Emilia | Lopez |
| 94 | 2:18-cv-13801 | Bernstein Liebhard LLP | Barbara | Perry |
| 95 | 2:18-cv-14186 | Bernstein Liebhard LLP | Deseri | Gilliland |
| 96 | 2:18-cv-14529 | Bernstein Liebhard LLP | Magnolia | Jacobs |
| 97 | 2:18-cv-14942 | Bernstein Liebhard LLP | Jacqueline | Sedlacek |
| 98 | 2:18-cv-16024 | Bernstein Liebhard LLP | Eldon | Veld, Jr. |
| 99 | 2:18-cv-16728 | Bernstein Liebhard LLP | Lloyd | Garbutt |
| 100 | 2:18-cv-17730 | Bernstein Liebhard LLP | Karen | Ith |
| 101 | 2:19-cv-00131 | Bernstein Liebhard LLP | Kevin | Thompson |
| 102 | 2:19-cv-01049 | Bernstein Liebhard LLP | Jennifer | Presnell |
| 103 | 2:19-cv-04447 | Bernstein Liebhard LLP | Nelda | Jurado |
| 104 | 2:19-cv-06396 | Bernstein Liebhard LLP | Nancy | Shouse |
| 105 | 2:19-cv-07187 | Bernstein Liebhard LLP | Mary | Love |
| 106 | 2:19-cv-08763 | Bernstein Liebhard LLP | Connie | Jones |
| 107 | 2:19-cv-17469 | Bernstein Liebhard LLP | Kimberly | Wilson |
| 108 | 2:19-cv-18450 | Bernstein Liebhard LLP | Katie | Thrasher |

| 109 | 2:19-cv-20780 | Bernstein Liebhard LLP | Gwendolyn | Stokes-Sneed |
| 110 | 2:21-cv-01832 | Bernstein Liebhard LLP | Richard | Tanner |
| 111 | 2:21-cv-17922 | Bernstein Liebhard LLP | Bridgey | Clark |
| 112 | 2:18-cv-12252 | Bernstein Liebhard LLP | Glenna | Honey |
| 113 | 2:19-cv-18452 | Bernstein Liebhard LLP | Ernie | Sease |
| 114 | 2:21-cv-09985 | Carey Danis & Lowe | Jane | Durams |
| 115 | 2:20-cv-03422 | Carey Danis & Lowe | Ernest | Nelson, Jr. |
| 116 | 2:18-cv-06093 | Carey Danis & Lowe | Gil | Newton |
| 117 | 2:19-cv-04335 | Carey Danis & Lowe | Gary | McDonald |
| 118 | 2:19-cv-03293 | Douglas & London PC | Robert | Atkins |
| 119 | 2:19-cv-17412 | Douglas & London PC | Clifton | Blagmond |
| 120 | 2:20-cv-17889 | Douglas & London PC | Easter | Brown |
| 121 | 2:20-cv-14495 | Douglas & London PC | Eva | Camarillo |
| 122 | 2:19-cv-03317 | Douglas & London PC | Teresa | Chavarria |
| 123 | 2:19-cv-19658 | Douglas & London PC | Antoinette | Chavez |
| 124 | 2:20-cv-08473 | Douglas & London PC | Ophelia | Childs |
| 125 | 2:19-cv-06335 | Douglas & London PC | Hattie | Culbertson |
| 126 | 2:20-cv-14849 | Douglas & London PC | Judy | Green |
| 127 | 2:20-cv-00624 | Douglas & London PC | Caroline | Jason |
| 128 | 2:20-cv-08712 | Douglas & London PC | Julio | Mattos |
| 129 | 2:19-cv-07318 | Douglas & London PC | Daniel | McHale |
| 130 | 2:20-cv-15940 | Douglas & London PC | Melissa | McLain |
| 131 | 2:20-cv-16021 | Douglas & London PC | Leona | McLeod |
| 132 | 2:20-cv-07102 | Douglas & London PC | Calvictor | Moore |
| 133 | 2:20-cv-03560 | Douglas & London PC | Charles | Nowell |
| 134 | 2:20-cv-11758 | Douglas & London PC | Eleazar | Quintero |
| 135 | 2:21-cv-11858 | Douglas & London PC | Linda Denise | Riley |
| 136 | 2:19-cv-19584 | Douglas & London PC | Jeanette | Rose |
| 137 | 2:22-cv-04678 | Douglas & London PC | Sarah L | Ryan |
| 138 | 2:21-cv-07691 | Douglas & London PC | Wayne | Sanford |
| 139 | 2:20-cv-16607 | Douglas & London PC | Cheryl | Slaton |
| 140 | 2:18-cv-17549 | Douglas & London PC | Ana | Solis |
| 141 | 2:19-cv-22026 | Douglas & London PC | Jose | Terrazas |
| 142 | 2:20-cv-09227 | Douglas & London PC | Jo Ann | Tezino |
| 143 | 2:18-cv-12286 | Douglas & London PC | Leonard | Thomas |
| 144 | 2:20-cv-02057 | Douglas & London PC | Peter | Toscano |

| 145 | 2:19-cv-08162 | Douglas & London PC | Ada | Tucker |
| 146 | 2:19-cv-08210 | Douglas & London PC | William | Vaughn |
| 147 | 2:20-cv-04427 | Douglas & London PC | Gloria | Williams |
| 148 | 2:19-cv-03401 | Douglas & London PC | Michelle | Windom-Gatewood |
| 149 | 2:19-cv-03286 | Douglas & London PC | Ada | Atkins |
| 150 | 2:19-cv-17549 | Douglas & London PC | Robin | Boulas |
| 151 | 2:18-cv-01723 | WILENTZ, GOLDMAN & SPITZER, P.A. | Brenda | Griffin |
| 152 | 2:19-cv-13625 | The Law Office of L. Paul Mankin | Ronald | Dean |
| 153 | 2:19-cv-13766 | The Law Office of L. Paul Mankin | Anita | Gutierrez |
| 154 | 2:18-cv-02289 | MILSTEIN JACKSON FAIRCHILD & WADE LLP | William | Pack |
| 155 | 2:19-cv-16535 | ROSEN INJURY LAWYERS | Rhonda | Pass |
| 156 | 2:20-cv-05642 | Douglas & London PC | Herbert | Lopez |
| 157 | 2:20-cv-15649 | Douglas & London PC | Norman | Schwartz |
| 158 | 2:20-cv-05640 | Douglas & London PC | Vincent | Stokes |
| 159 | 2:20-cv-20439 | Douglas & London PC | Victor Garcia | Villalobos |
| 160 | 2:20-cv-10433 | Douglas & London PC | Sean | Yakemovicz |
| 161 | 2:20-cv-04618 | Douglas & London PC | Arlisha | Ford |
| 162 | 2:20-cv-09659 | Douglas & London PC | Tamara | Ames |